similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiffs was sustained.

**No. 61994.**—Frederick H. Giesler et al. v. United States, protests 237114–K, etc. (Nogales).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiffs was sustained.

**No. 61995.**—Groeneveld Co., Inc. v. United States, protests 237343–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

**No. 61996.**—Joseph H. Brown v. United States, protests 282160–K, etc. (El Paso).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

**No. 61997.**—International Packers, Ltd. v. United States, protests 282292–K, 285797–K, and 285802–K (Philadelphia).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

**No. 61998.**—International Packers, Ltd. *v.* United States, protests 304700–K and 304701–K (Portland, Oreg.).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

**No. 61999.**—Arbogast and Bastian, Inc. *v.* United States, protest 199330–K (Laredo).

Opinion by DONLON, J. It was stipulated that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), and that said merchandise consists of salted beef imported from Mexico in the same condition as that the subject of Abstract 58490. On the record presented and following the cited decisions, it was held that the merchandise is dutiable at 3 cents per pound, but not less than 10 percent ad valorem, under paragraph 706, as modified, *supra*, on the net weight of beef, as returned by the collector, less 1.5 pounds of salt, liquids, drippings, and other material contained in the barrels per 100 pounds.

MAY 19, 1958

**No. 62000.**—Bachrach Company et al. *v.* United States, protests 131267–K, etc. Protests abandoned April 14, 1958. (Not published.) (Initial No. 130146–K.) Plaintiffs' application for rehearing granted.

BEFORE THE SECOND DIVISION, MAY 27, 1958

**No. 62001.**—Frank P. Dow Co., Inc. *v.* United States, protest 301626–K (San Francisco).